# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MICHAEL FERNANDEZ III,<br><br>Petitioner,<br><br>v.<br><br>W. J. SULLIVAN, Warden,<br><br>Respondent. | Case No. EDCV 06-1054-GHK (JTL)<br><br>**JUDGMENT** |

In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is conditionally granted. Respondent shall discharge Petitioner from all adverse consequences of his conviction on Count One in Riverside County Superior Court Case Number RIF110327, unless Petitioner is brought to retrial within ninety (90) days of the date the judgment herein becomes final, plus any additional delay authorized by state law.

DATED: 6/12/09

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE